## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR223 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| AUDREY WOLFE, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion for Reconsideration of Denial of Reimbursement.

IT IS ORDERED:

1.      The Defendant's motion is granted, and;

2.      That the U.S. Marshal shall provide reimbursement for mileage to Defendant from Winnebago, Nebraska to Omaha, Nebraska for January 4, 5, and 6, 2010.

DATED this 11th day of January, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Court